ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE AIR CRASH OFF THE COST OF            Case No. 00-MD-1344 (FB) (KAM)
NANTUCKET ISLAND, MASSACHUSETTS ON
OCTOBER 31, 1999                           AWARD OF SPECIAL MASTER

-----------------------------------------------------------------x

WHEREAS several claimants have each entered into a stipulation, incorporated by reference herein, to resolve the claims of their respective families arising from the death of their loved ones in the above-referenced air crash;

WHEREAS pursuant to those stipulations, the claimants each agreed to participate in an alternative dispute resolution procedure, to accept a damages award as determined by a special master ranging between $100,000 and $225,000, including $25,000 for fees, costs and expenses payable to their attorneys, and that these awards would be final, binding and non-appealable;

WHEREAS the parties agreed that Dr. Yassin El-Ayouty would serve as the special master for that process to conduct a series of hearings to investigate the claims and make awards;

WHEREAS such hearings were held in Cairo, Egypt, from May 29 through June 3, 2007, at Egypt's Court of Cassassion; and

WHEREAS the claimants had an opportunity to present testimony and/or written materials in support of their claims at the hearings.

NOW, THEREFORE, having given due consideration to each claim, I make the following award to the claimant HESHAM MOSTAFA ABDEL-AZIZ KANDEEL:

| Gross Award | Fees, Costs and Expenses to Claimant's Attorney | Net Award to Claimant |
|---|---|---|
| $225,000 | $25,000 | $200,000 |

FURTHERMORE, pursuant to paragraph four of the stipulation, within thirty days of this award, the gross award will be wire transferred in United States Dollars (USD) into a client trust account established by the claimant's attorneys, it being implicitly understood that the net award shall be forthwith remitted to the claimant; and

FURTHERMORE, pursuant to paragraph four of the stipulation, as soon as the net award is remitted to the claimant and no later than ten days thereafter, the attorneys for the parties shall sign a stipulation of dismissal with prejudice, thereby resolving all claims of HESHAM MOSTAFA ABDEL-AZIZ KANDEEL in this action.

_____
Dr. Yassin El-Ayouty

Brooklyn, New York
August 28, 2007

SO ORDERED ON Aug. 28, 2007

/signed/
_____
FREDERIC BLOCK
Senior United States District Judge