UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE: AIR CRASH DISASTER OFF THE  :  **ORDER**
COAST OF NANTUCKET ISLAND,         :
MASSACHUSETTS ON OCTOBER 31, 1999  :  MD-00-1344 (BMC)
                                   :
------------------------------------------------------------ X

**COGAN**, District Judge.

This case is before me on the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto dated July 22, 2008, in which she recommended that the Court grant the motions to withdraw of Bowles Verna LLP, Sterns & Walker and the Nolan Law Group. Judge Matsumoto also recommended that plaintiffs be given until September 24, 2008 to find new counsel to appear on their behalf or to begin prosecuting the case *pro se*. Furthermore, Judge Matsumoto recommended that withdrawing counsel be ordered to preserve all documents until the documents could be transferred to either new counsel, or if plaintiffs choose to proceed *pro se*, upon a further order of the Court. Plaintiffs' counsel, in compliance with Judge Matsumoto's instructions, served a copy of the Report and Recommendation on all remaining plaintiffs and filed affidavits of service. Plaintiffs have not filed any objections to the Report and Recommendation, other than one letter to Judge Matsumoto from plaintiff Ibrahim Eisa, Family of Hesham Abdul Halim, requesting time to retain new counsel. Having conducted a *de novo* review, I adopt the Report and Recommendation as the Order of this Court.

It is therefore ORDERED that the motions to withdraw as counsel are granted. Plaintiffs have until September 24, 2008 to retain new counsel or to begin prosecuting the case *pro se*. Withdrawing counsel is ORDERED to preserve all documents in their possession, custody or control, in accordance with Judge Matsumoto's instructions. Withdrawing counsel is also

ORDERED to serve a copy of this Order on plaintiffs and to file proof of service by August 21, 2008.

**SO ORDERED.**

/s/(BMC)

_____
U.S.D[ ]

Dated: Brooklyn, New York
      August 14, 2008